Eastern District of Kentucky
FILED
NOV 18 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 7:22-CR-20-REW

**JAMES A. PRATT and**
**BUFFY L. MORGAN**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(g)(1)**

On or about January 10, 2022, in Knott County, in the Eastern District of Kentucky,

**JAMES A. PRATT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Glock, Model 43, 9mm pistol with serial number AFNL966, and a Diamondback, model Db9, 9mm pistol with serial number YM1969, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**COUNT 2**
**18 U.S.C. § 922(a)(6)**

On or about December 30, 2021, in Floyd County, in the Eastern District of Kentucky,

**BUFFY L. MORGAN,**

in connection with the acquisition of firearms, to wit: a Glock, Model 43, 9mm pistol with serial number AFNL966, and a Diamondback, model Db9, 9mm pistol with serial number YM1969, from Pink Elephant Gun and Pawn, a licensed dealer of firearms, knowingly made a false and fictitious written statement to Pink Elephant Gun and Pawn, which statement was intended and likely to deceive Pink Elephant Gun and Pawn, as to a fact material to the lawfulness of such sale of the said firearms to the Defendant, in that the Defendant did execute an ATF Form 4473, Firearms Transaction Record, to the effect that the Defendant was the actual buyer of the firearms indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearms, all in violation of 18 U.S.C. § 922(a)(6) and § 924(a)(2).

## COUNT 3
## 18 U.S.C. § 924(a)(1)(A)

On or about December 30, 2021, in Floyd County, in the Eastern District of Kentucky,

**BUFFY L. MORGAN,**

knowingly made a false statement and representation to Pink Elephant Gun and Pawn, a licensed firearms dealer, with respect to information required to be kept in the records of Pink Elephant Gun and Pawn, in that the Defendant did execute a ATF Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearms, all in violation of 18 U.S.C. § 922(a)(1)(A).

## COUNT 4
## 18 U.S.C. § 922(d)

On or about December 30, 2021, in Floyd County, in the Eastern District of Kentucky,

**BUFFY L. MORGAN,**

knowingly disposed of firearms, to wit: a Glock, Model 43, 9mm pistol with serial number AFNL966, and a Diamondback, model Db9, 9mm pistol with serial number YM1969, to JAMES A. PRATT, knowing and having reasonable cause to believe that JAMES A. PRATT had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offenses alleged in this Indictment, **JAMES A. PRATT** and **BUFFY L. MORGAN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **JAMES A. PRATT** and **BUFFY L. MORGAN** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

### FIREARM AND AMMUNITION:

1. Glock, Model 43, 9mm pistol with serial number AFNL966, seized from James A. Pratt on or about January 10, 2022;

2. Diamondback, model Db9, 9mm pistol with serial number YM1969, seized from James A. Pratt on or about January 10, 2022;

3. Various rounds of ammunition and accessories seized from James A. Pratt on or about January 10, 2022.

**A TRUE BILL**

████████████████████████

FOREPERSON

_____
CARLTON S. SHIER, IV
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1, 2 and 4:

Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

### COUNT 3:

Not more than 5 years imprisonment, a $250,000 fine, and 3 years of supervised release.

- **PLUS:** Mandatory special assessment of $100 per count.
- **PLUS:** Forfeiture of property.
- **PLUS:** Restitution, if applicable.